**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Law Offices of**
**Kevin Fayette, LLC**
**1675 Whitehorse-Mercerville Road**
**Suite 204**
**Hamilton, New Jersey 08619**
**(609) 584-0600**
**Kevin Fayette, Esquire**
**Attorney for the Debtor(s)**

---

| | | |
|---|---|---|
| **In re:** | : | |
| Scott & Diana Mongo | : | Case No.      24-11386-JNP |
| | : | Chapter       13 |
| | : | Hearing Date:  4/16/2024 |
| Debtor(s) | : | |
| | : | |

**APPLICATION FOR ENTRY OF A WAGE ORDER**

Kevin Fayette, attorney for the debtor(s), does hereby certify as follows:

1.      I am an attorney at law, licensed to practice in the State of New Jersey and represent the above-captioned Debtor(s) in this matter.  I am throughly familiar with the facts alleged in this application and I am authorized to make this application on behalf of the Debtor(s).

2.      The debtor(s) filed a voluntary petition under chapter 13 of the Bankruptcy Code on February 14, 2024.

3.      The debtor(s) would like the Trustee payments to be taken directly from the joint debtors pay.

4.      The debtor(s), therefore, hereby respectfully requests that this Honorable Court grant this application in order that the required monthly trustee payments are deducted directly from the debtors' paycheck.

I certify that the foregoing statements by me are true to the best of my knowledge.

I understand that if any of the foregoing statements made by me are willfully false that I am

subject to punishment.

Date:   03/13/2024                              /s/ Kevin Fayette

                                                Kevin Fayette, Esquire