Order Filed on April 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

In Re:

SCOTT A. & DIANA D. MONGO

    Debtor(s)

Case No. 24-11386 (JNP)

Judge:  Jerrold N. Poslusny, Jr.

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 12, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:       Scott A. & Diana D. Mongo
Case No.   24-11386 (JNP)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

_____

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 24-11386 (JNP) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, the Debtors shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180 days from the date of dismissal of Debtor's case.

| | |
|---|---|
| /s/ Kevin C. Fayette | 4/4/2024 |
| Kevin C. Fayette, Esquire | Date |
| Counsel for Debtor | |

| | |
|---|---|
| /s/ Andrew B. Finberg | 4/3/2024 |
| Andrew B. Finberg | Date |
| Chapter 13 Standing Trustee | |